UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
ENNIO MORICONE MUSIC INC.,                         :
                                        Plaintiff,  :
                                                    :
            -against-                               :
                                                    :
BIXIO MUSIC GROUP LTD,                              :
                                        Defendant.  :
------------------------------------------------------------ X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 01/06/2020

16 Civ. 8475 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

        WHEREAS, on December 16, 2019, Judge Aaron issued a Report and Recommendation

to deny Plaintiff's motion for attorneys' fees (Dkt. No.62);

        WHEREAS, as stated in Judge Aaron's December 16, 2019, Report and

Recommendation, the deadline for any objections was December 30, 2019;

        WHEREAS, no objections were timely filed;

        WHEREAS, in reviewing a Magistrate Judge's Report and Recommendation, a District

Judge "may accept, reject, or modify, in whole or in part, the findings or recommendations made

by the magistrate judge."  28 U.S.C. § 636(b)(1)(C).  "When no timely objection is filed, the

court need only satisfy itself that there is no clear error on the face of the record in order to accept

the recommendation."  FED. R. CIV. P. 72(b) Advisory Committee Notes; *accord Niles v.*

*O'Donnell*, No. 17 Civ. 1437, 2019 WL 1409443, at *1 (S.D.N.Y. Mar. 28, 2019);

        WHEREAS, the Court finds no clear error on the face of the record.  It is hereby

        **ORDERED** that the Report and Recommendation is adopted.  For the reasons stated in

the Report and Recommendation, Plaintiff's motion for attorneys' fees is **DENIED**.

Dated: January 6, 2020
        New York, New York

                                        _____
                                        LORNA G. SCHOFIELD
                                        UNITED STATES DISTRICT JUDGE